EDWARD H. KUBO, JR.       #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON         #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 21 2003

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR03-00252 SOM |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| LLOYD P. ALBINIO, ) | [18 U.S.C. §§ 111(a)(1) & (b); 49 U.S.C. § 46503] |
| Defendants. ) | |

I N D I C T M E N T

COUNT 1
(18 U.S.C. §§ 111(a)(1) & (b))

The Grand Jury charges that:

On or about May 8, 2003, in the District of Hawaii, defendant LLOYD P. ALBINIO knowingly and by means and use of a dangerous weapon, to wit: a Sig Sauer, Model P226, 9mm

semi-automatic pistol bearing Serial Number U354516, did forcibly assault, intimidate, and interfere with Glenn Hing, a Transportation Safety Administration officer, while he was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 2
(49 U.S.C. § 46503)

The Grand Jury further charges that:

On or about May 8, 2003, in the District of Hawaii, while in an area within a commercial service airport in the United States, defendant LLOYD P. ALBINIO did, by assaulting a federal employee with a dangerous weapon, to wit: a Sig Sauer, Model P226, 9mm semi-automatic pistol bearing Serial Number U354516, interfere with the performance of the duties of the

//
//
//
//
//
//
//
//
//
//

employee and lessen the ability of the employee to perform those duties.

In violation of Title 49, United States Code, Section 46503.

DATED: May 21, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney


United States v. LLOYD P. ALBINIO
Cr. No.
"INDICTMENT"